Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix AZ 85018
Email: documents@phxfreshstart.com
Phone: 602-598-5075
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

ANIKA BOYD WRIGHT,

                Debtor.

Chapter: 13

Case No.: 2-20-bk-02718-EPB

**OBJECTION TO PROPOSED DISMISSAL ORDER**

      Comes now the above-named Debtor, ANIKA BOYD WRIGHT, by and through counsel of record and hereby objects to the Chapter 13 Trustee's proposed Dismissal Order lodged August 26, 2020, and docketed at docket no. 25 in the above-captioned Chapter 13 proceeding and moves this Court to deny the Chapter 13 Trustee's Proposed Dismissal Order. Debtor represents the following in support of her motion:

      1.     The Trustee's Motion states that the reason for lodging a dismissal order is for failure of the Debtor to comply with the Recommendation and bring payments current.

      2.     Debtor has been unable to comply with Trustee recommendations due to a delay by the Internal Revenue Service in filing its proof of claim.

      3.     Debtor's counsel has made several attempts at prompting the IRS to file a proof of claim and as of August 31, 2020, Counsel is now informed that the IRS has assigned this case to a representative for expedited filing of a proof of claim.

Objection

4. Debtor expects a proof of claim to be filed by the IRS not later that the governmental bar date of September 9, 2020.

**PRAYER FOR RELIEF**

WHEREFORE, Debtor prays that the Court deny the Chapter 13 Trustee's Proposed Dismissal Order and grant Debtor until September 30, 2020 to comply with Trustee Recommendations.

Dated: August 31, 2020.

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix AZ 85018
Attorney for Debtor

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on August 31, 2020 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants, including counsel for each of debtors' mortgage creditors, appearing in this case.

By: */s/Tom McAvity*

Objection